UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DEPARTMENT OF LABOR          CIVIL ACTION

VERSUS                                      NO. 13-3735

NATIONAL ASSOCIATION OF LETTER CARRIERS    SECTION H(3)

JUDGMENT

For reasons issued September 3, 2014 granting Plaintiff's Motion for Default Judgment (Doc. 12);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Default Judgment is entered against Defendant, National Association of Letter Carriers.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction for the purposes of satisfying 29 U.S.C. 482(c).

Signed in New Orleans, Louisiana, this 3rd day of September, 2014.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE