UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, )<br>United States Department of Labor, )<br>    )<br>    Plaintiff, )<br>v. )<br>    )<br>BRANCH 2730, NATIONAL ASSOCIATION )<br>OF LETTER CARRIERS, )<br>    )<br>    Defendant. )<br>    ) | Civil Action<br><br>No. 13-3735<br><br>SECTION "H" (5) |

## RESPONSE TO RULE TO SHOW CAUSE

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes Plaintiff, Seth D. Harris, Acting Secretary of Labor, United States Department of Labor, and, pursuant to the Court's Order dated December 5, 2014, submits this response to the Court's Rule to Show Cause. Rec. Doc. 19. In it's Order and Reasons decided on September 3, 2014, the Court held that Defendant's November 6, 2012 election was void and ordered a new election be held under the supervision of the Secretary of Labor. Rec. Doc. 17. In furtherance thereof, the Court now requests Plaintiff explain why he has hot complied with the provisions of 29 U.S.C. § 482(c), which states that upon a finding of the court that an election is void and a new election must be held, the "Secretary shall promptly certify to the court the names of the persons elected." Rec. Doc. 19.

As described in the declaration of Tara Thibodaux, Supervisory Investigator for the U.S. Department of Labor, Office of Labor-Management Standards, attached herein as Exhibit A, a new election has not been finalized to date. Unfortunately, as explained by Ms. Thibodaux, there

1

have been several unavoidable delays with holding a new election. Ex. A. However, if there are no post-election protests, the Department of Labor will certify the election results to the Court no later than January 16, 2015. *Id.*

**WHEREFORE**, the Plaintiff, Seth D. Harris, Acting Secretary of Labor, United States Department of Labor, requests this response be deemed sufficient to satisfy the Court's Rule to Show Cause.

                                Respectfully submitted,

                                **KENNETH ALLEN POLITE, JR.**
                                **UNITED STATES ATTORNEY**

                                *s/Brock D. Dupre*
                                **BROCK D. DUPRE (#28536)**
                                Assistant United States Attorney
                                650 Poydras Street, Suite 1600
                                New Orleans, Louisiana 70130-7212
                                Telephone: (504) 680-3005
                                Facsimile: (504) 680-3184
                                Email: *brock.dupre@usdoj.gov*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2014, I electronically filed the foregoing using the CM/ECF system which will send a notice of electronic filing to counsel of record who are participants. I further certify that I forwarded the foregoing document via facsimile and/or first class mail to all non-CM/ECF participants.

                                        *s/ Brock D. Dupre*
                                        BROCK D. DUPRE

`