UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF LABOR | CIVIL ACTION |
| VERSUS | NO. 13-3735 |
| NATIONAL ASSOCIATION OF LETTER CARRIERS | SECTION "H"(5) |

## DECLARATION OF TARA THIBODAUX

1. My name is Tara Thibodaux.

2. I am employed as a Supervisory Investigator for the U.S. Department of Labor, Office of Labor-Management Standards (OLMS).

3. My job duties involve administering and enforcing most provisions of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), in addition to administering provisions of the Civil Service Reform Act of 1978. The LMRDA primarily promotes union democracy through Title IV, and financial integrity in private sector labor unions through standards for union officer elections and union trusteeships and safeguards for union assets.

4. OLMS case number 420-4407719(01) was investigated by former Investigator Andrea Oliphant. The Secretary of Labor filed suit against the National Association of Letter Carriers Branch 2730, on May 22, 2013, and a Default Judgment was issued on September 2, 2014.

5. I am responsible for the supervised election duties for OLMS case number 420-6002920(71).

6. After receiving the Court's order to supervise NALC Branch 2730's election, I contacted President Kevin Hawkins to inform him of the order, and informed him that OLMS would supervise the branch's next regularly scheduled election. During the October 2014 meeting, President Hawkins sought volunteers for an election committee, who would normally be responsible for running the election process. No members agreed to serve as volunteers, so OLMS informed Branch 2730 that it would be solely in charge of the election process.

7. Branch 2730 typically holds nominations during the October membership meeting, which is held the first Tuesday of the month. Due to the time frame in which notices must go out to provide for a reasonable opportunity for all members to nominate candidates, it was decided that the nominations meeting would be held in November. The nominations meeting was held November 18, 2014.

8. Ballots were scheduled to be mailed out on November 21, 2014; however, due to a defective membership list provided by Hawkins, retirees were not given an opportunity to nominate and/or run for office. To rectify that, a letter was sent to all retirees, with a deadline of December 2, 2014, for nominations. Having received none, ballots were mailed to all members and retired members on December 3, 2014.

9. The tally of ballots will be held on December 22, 2014, with the installation of officers on January 6, 2015.

10. Members have ten days after the tally of ballots to file a protest against the supervised election. If there are no post-election protests, the Department of Labor will certify the election results to the Court no later than January 16, 2015. If there are post-election protests, the

Department of Labor will need additional time to investigate the allegations before certifying the election results to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>December 9, 2014</u>       *Tara Thibodaux*
                                                                Tara Thibodaux