UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| THOMAS E. PEREZ, Secretary of Labor, | ) | |
| United States Department of Labor, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 13-3735 |
| v. | ) | |
| | ) | SECTION "H" (5) |
| BRANCH 2730, NATIONAL ASSOCIATION | ) | |
| OF LETTER CARRIERS, | ) | |
| | ) | |
| Defendant. | ) | |

_____ )

## RESPONSE TO RULE TO SHOW CAUSE

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes Plaintiff, Thomas E. Perez[1], Secretary of Labor, United States Department of Labor, and, pursuant to the Court's Order dated December 19, 2014, submits this response to the Court's Rule to Show Cause. Rec. Doc. 21. Therefore, pursuant to the provisions of 29 U.S.C. § 482(c), which states that upon a finding of the court that an election is void and a new election must be held, the Secretary shall promptly certify to the court the names of the persons elected, please find attached as Exhibit A the certified election results.

**WHEREFORE**, the Plaintiff, Thomas E. Perez, Secretary of Labor, United States Department of Labor, requests this response be deemed sufficient to satisfy the Court's Rule to Show Cause.

---

[1] This action was originally brought by Seth D. Harris, Acting Secretary of Labor. Successor Thomas E. Perez is automatically substituted as a party in accordance with Rule 25(d), Federal Rules of Civil Procedure .

1

Respectfully submitted,

**KENNETH ALLEN POLITE, JR.**
**UNITED STATES ATTORNEY**


 *s/Brock D. Dupre*
**BROCK D. DUPRE (#28536)**
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130-7212
Telephone:  (504) 680-3005
Facsimile:   (504) 680-3184
Email: *brock.dupre@usdoj.gov*


## CERTIFICATE OF SERVICE


I hereby certify that on January 30, 2015, I electronically filed the foregoing using the CM/ECF system which will send a notice of electronic filing to counsel of record who are participants.  I further certify that I forwarded the foregoing document via facsimile and/or first class mail to all non-CM/ECF participants.

 *s/ Brock D. Dupre*
BROCK D. DUPRE

2