# UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor[1], | CIVIL ACTION |
| Plaintiff, | |
| v. | NO: 13-3735-JTM-MBN |
| BRANCH 2730, NATIONAL ASSOCIATION OF LETTER CARRIERS, | |
| Defendant. | SECTION: "H"(5) |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to an Order signed September 2, 2014, in the United States District Court for the Eastern District of Louisiana in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

---

[1] This action was originally brought by Seth D. Harris, Acting Secretary of Labor. Successor Thomas E. Perez is automatically substituted as a party in accordance with Rule 25(d), Federal Rules of Civil Procedure.

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| President | Kevin M. Hawkins |
| Vice President | Troy A. Moliere, Sr. |
| Treasurer | Jarvis McRae |
| Recording Secretary | Mary L. Gibson |
| Financial Secretary | Aletha Taylor |
| Sergeant-At-Arms | Bobby Brown |
| Health Benefits Representative | No Nominee |
| Three Trustees | Sheila Warren was the only nominee |
| Two Shop Stewards | Carl Jenkins and Marvin Green |
| National Convention Delegates | Troy A. Moliere, Sr.<br>Aletha Taylor<br>Kevin M. Hawkins<br>Carl Jenkins |
| National Convention Alternates | Jarvis McRae<br>Marvin Green<br>Bobby Brown<br>Sheila Warren |
| State Convention Delegates | Jarvis McRae<br>Carl Jenkins<br>Kevin M. Hawkins<br>Troy A. Moliere, Sr. |

2

State Convention Alternates        Mary L. Gibson
                                   Marvin Green
                                   Bobby Brown
                                   Aletha Taylor and Sheila Warren [2]

Signed this 20th day of January, 2015.

*Patricia Fox*

                                   Patricia Fox, Chief
                                   Division of Enforcement
                                   Office of Labor-Management Standards
                                   United States Department of Labor

---

[2] Taylor and Warren received the same number of votes.  The tie will be resolved by the members at the time of the convention in the event one of them will be needed as a delegate.

3